KILEY BLACKMAN, Appellant, v BARBARA STAGNO et al., Respondents.

Submitted February 26, 2007; decided April 26, 2007

Motion for leave to appeal dismissed upon the ground that

the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.